MORRIS JOSEPH, PLAINTIFF-RESPONDENT, v. PASSAIC HOSPITAL ASSOCIATION, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 38 *N. J. Super.* 284.

*Messrs. Van Riper & Belmont* and *Mr. Charles E. Villanueva* for the petitioners.

*Messrs. Eisenstein & Eisenstein* and *Mr. Harry Green* for the respondent.

February 13, 1956. Denied.

MICHAEL BIALKO, PETITIONER-RESPONDENT, v. H. BAKER MILK CO., INC., RESPONDENT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 38 *N. J. Super.* 169.

*Messrs. Emory, Langan & Lamb* and *Mr. Paul B. Thompson* for the petitioner.

*Mr. Joseph Teich* and *Mr. Mortimer Wald* for the respondent.

February 20, 1956. Denied.